```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                   )
JASON NICKERSON,                   )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 19-030 WES
                                   )
RHODE ISLAND BROTHERHOOD OF        )
CORRECTIONAL OFFICERS, ET AL.,     )
                                   )
        Defendants.                )
_____)

## ORDER

On May 20, 2020, Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R. & R."), ECF No. 61, recommending that the Court deny Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No. 21.  Plaintiff filed an Objection to the R. & R., ECF No. 67.  After having carefully reviewed the relevant papers, the Court ACCEPTS the R. & R. and ADOPTS the recommendations and reasoning set forth therein. Accordingly, Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No. 21, is DENIED.

IT IS SO ORDERED.

_____
William E. Smith
District Judge
Date: September 11, 2020